IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAKEYSIA WILSON**                                                                                          **PLAINTIFF**

v.                                        Case No. 4:22-cv-00775-LPR

**ARKANSAS DEPARTMENT OF**
**HUMAN SERVICES, Division of**
**Youth Services**                                                                                           **DEFENDANT**

## ORDER

Plaintiff LaKeysia Wilson's Motion to Proceed *In Forma Pauperis* is GRANTED.[1]  She reports living on limited income and two dependents.[2]  Liberally construing her Complaint, and only for purposes of screening, the Court concludes that Ms. Wilson has stated a viable cause of action under both Title VII and the Equal Pay Act.  This screening-stage conclusion might change after an adversarial motion to dismiss (if one is filed).

The Clerk should prepare and deliver summonses, a copy of the Complaint, and a copy of this Order to the United States Marshal for the Eastern District of Arkansas for service on Defendant.  The Marshal is directed to attempt service through Director Cindy Gillespie as well as Department of Youth Services Director Michael Crump at 700 Main Street, Little Rock, AR 72203.

IT IS SO ORDERED this 23rd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (per curiam) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

[2] Pl.'s Mot. for Leave to Proceed IFP (Doc. 1).