**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAKEYSIA WILSON**                                                                          **PLAINTIFF**

**v.**                                   **Case No. 4:22-cv-00775-LPR**

**ARKANSAS DEPARTMENT OF**
**HUMAN SERVICES**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) any and all 42 U.S.C. § 1983 claims, declaratory judgment claims, and Title VII race discrimination claims are dismissed without prejudice; and (2) judgment is entered in favor of Defendant on any and all Equal Pay Act claims and Title VII sex discrimination claims.

IT IS SO ADJUDGED this 16th day of July 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE